James D. Carton, IV 026941991  
CARTON LAW FIRM, L.L.C.  
40 Union Ave., P.O. Box 36  
Manasquan, New Jersey 08736-0367  
(732) 223-1800       UNITED STATES DISTRICT COURT  
Attorneys for Plaintiff     DISTRICT OF NEW JERSEY

------------------------------------------------------------x

TRADER JOE'S EAST INC.,

                Plaintiff,

    v.       Civ. No.

SELECTIVE FIRE AND CASUALTY INSURANCE COMPANY,

                Defendant.

------------------------------------------------------------x

## DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, The Carton Law Firm, LLC, counsel for Plaintiff Trader Joe's East Inc., certifies that this party is a non-governmental corporate party that is owned by Trader Joe's Company which, in turn, is owned by T.A.C.T. Holding, Inc., and all are privately owned. No publicly held corporation owns 10% or more of this party's stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated:  Manasquan, N.J.  
        August 7, 2017

                                          CARTON LAW FIRM, LLC

                                          JAMES D. CARTON, IV 026941991  
                                          CARTON LAW FIRM, LLC  
                                          40 Union Ave., PO Box 367  
                                          Manasquan, New Jersey 08736-0367  
                                          (732) 223-1800  
                                          (*Attorneys for Plaintiff Trader Joe's East Inc.*)

Lead counsel:

Timothy G. Church
BRUCKMANN & VICTORY, LLP
420 Lexington Avenue, Suite 1621
New York, NY 10170
(212) 850-8500
(*Attorneys for Plaintiffs Trader Joe's East Inc.,
pro hac vice to be submitted*)