IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

TRADER JOE'S EAST INC.

    Plaintiff,

v.

SELECTIVE FIRE & CASUALTY INSURANCE CO.,

    Defendant.

Civil No.: 2:17-cv-05982 ES-MAH

## STIPULATION OF DISMISSAL

Plaintiff Trader Joe's East Inc. ("Trader Joe's") and Defendant Selective Fire & Casualty Insurance Co. ("Selective"), through their respective undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby STIPULATE AND AGREE that this Action and all claims asserted herein, are **dismissed with prejudice**, and without costs or attorneys' fees to any party.

**KUTAK ROCK LLP**

*/s/ Michael T. McDonnell, III*

Michael T. McDonnell, III (NJ: 01886-1990)
1760 Market Street, Suite 1100
Philadelphia, PA 19103
(215) 299-4384
Michael.McDonnell@KutakRock.com

Robert A. Jaffe (*pro hac vice*)
Kutak Rock LLP
1625 Eye St., NW – Suite 800
Washington, DC 20006
(212) 828-2434
Robert.Jaffe@KutakRock.com

*Attorneys for Defendant*
*Selective Fire & Casualty Insurance Co.*

**Dated:  August 23, 2018**

**CARTON LAW FIRM LLC**

*/s/ James D. Carton, IV*

James D. Carton, IV (NJ 02694-1991)
40 Union Ave., PO Box 367
Manasquan NJ 08736
(732) 223-1800
jdcartoniv@cartonlawfirm.com

**BRUCKMAN & VICTORY LLP**

Timothy G. Church (*pro hac vice*)
420 Lexington Ave., Suite 1621
New York NY 10170
(212) 850-8500
church@bvlaw.net

*Attorneys for Plaintiff*
*Trader Joe's East Inc*.

**Dated:  August 23, 2018**

4823-2068-8237.1